In the Matter of PATRICK L. MCNAMARA, Appellant, v SUSAN FAUX MCNAMARA, Respondent. [735 NYS2d 455] —Order unanimously affirmed without costs for reasons stated in decision at Chautauqua County Family Court, Claire, J. (Appeal from Order of Chautauqua County Family Court, Claire, J.—Visitation.) Present—Pine, J. P., Wisner, Kehoe, Gorski and Lawton, JJ.

JANE BRENON et al., Respondents, v TOPS MARKETS, INC., Appellant. (Appeal No. 1.) [735 NYS2d 435] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Kehoe, Gorski and Lawton, JJ.